1  WESTON & McELVAIN LLP
   RICHARD C. WESTON, Bar No. 126491
2  AARON C. AGNESS, Bar No. 221943
   888 West Sixth Street, 15th Floor
3  Los Angeles, California 90017
   Telephone:    (213) 596-8000
4  Facsimile:    (213) 596-8039
   E-mail:        rweston@wmattorneys.com
5                 aagness@wmattorneys.com

6  Attorneys for Defendant
   TRAVELERS PROPERTY
7  CASUALTY COMPANY OF AMERICA

8

9                  UNITED STATES DISTRICT COURT

10                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11

12  RICHARD C. SMALL and LAURA L.        ) CASE NO. 08 CV 1160 H WMc
    SMALL,                                )
13                                        ) [Assigned to the Honorable Marilyn L. Huff,
                    Plaintiffs,           ) Courtroom 13]
14                                        )
         vs.                              ) **TRAVELERS PROPERTY CASUALTY**
15                                        ) **COMPANY OF AMERICA'S NOTICE OF**
    TRAVELERS PROPERTY                    ) **MOTION AND MOTION TO STRIKE**
16  CASUALTY COMPANY OF AMERICA,          ) **PLAINTIFFS' DEMAND FOR A**
    USAA INSURANCE AGENCY INC dba         ) **SPECIFIC AMOUNT OF PUNITIVE**
17  USAA OF TEXAS INSURANCE AGENCY,       ) **DAMAGES**
    DOES 1 through 10 inclusive,          )
18                                        ) [Filed concurrently with Travelers'
                    Defendants.           ) Memorandum of Points and Authorities]
19                                        )
                                          ) Date:   August 11, 2008
20                                        ) Time:   10:30 a.m.
                                          ) Ctrm:   13
21                                        )
                                          )
22  _____)

23

24       TO THE COURT, PLAINTIFFS, AND THEIR COUNSEL OF RECORD:

25       PLEASE TAKE NOTICE that on August 11, 2008, at 10:30 a.m., or as soon thereafter

26  as the matter may be heard in Courtroom 13 of the above-entitled Court, located at 940 Front

27  Street, San Diego, California, Defendant Travelers Property Casualty Company of America

28                                       -1-
    ────────────────────────────────────────────────────────────────
         TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
    NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFFS' DEMAND FOR A
               SPECIFIC AMOUNT OF PUNITIVE DAMAGES
                                              CASE NO. 08 CV 1160 H WMc

("Travelers") will move this Court for an order striking the demand of over $10,000,000 in punitive and exemplary damages contained in the Complaint filed by Plaintiffs Richard C. Small and Laura L. Small ("Plaintiffs"). Specifically, Travelers moves to strike the following: "of in excess of $10 million dollars." [Plaintiffs' Complaint, 6:8.] This Motion is made pursuant to Rule 12(f) of the Federal Rules of Civil Procedure on the ground that it is impertinent and scandalous matter, and that it is improper under California law to request a specific amount of exemplary damages.

      This Motion is based upon this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities, the Complaint, the Court's own file in this action and any further argument this Court may allow at the hearing on this matter.

Dated: July 8, 2008                      WESTON & McELVAIN LLP

                                        By:   /s/ Aaron C. Agness
                                                 Richard C. Weston
                                                 Aaron C. Agness
                                          Attorneys for Defendant
                                          TRAVELERS PROPERTY CASUALTY
                                          COMPANY OF AMERICA

**PROOF OF SERVICE**
*Richard C. Small and Laura L. Smal v. Travelers Property Casualty Company of America*
*Case No.: 08 CV 1160 H WMc*

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 888 West Sixth Street, 15th Floor, Los Angeles, California 90017.

On **July 8, 2008**, I served the foregoing document **NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFFS' DEMAND FOR SPECIFIC AMOUNT OF PUNITIVE DAMAGES** on all parties in this action, by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

*Richard I. Wideman Esq.*
*1607 Mission Drive #202*
*Solvang, CA 93463*
*Telephone: (805) 245-8916*
*Facsimile: (805) 688-9424*
*Attorneys for Plaintiff*

[ X ]   **BY MAIL** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE): I caused said envelope to be delivered by hand to the offices of the addressee.

[]   BY FEDEX as follows: by placing the document(s) listed above in a sealed envelope fully prepaid, in the location designated for Federal Express pickup in our office at Los Angeles, California addressed as set forth above.

[X]   (Federal)   I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.
I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 8, 2008**, at Los Angeles, California

_____
**Debra Scarano**

-1-

```
 1 │ WESTON & McELVAIN LLP
   │ RICHARD C. WESTON, Bar No. 126491
 2 │ AARON C. AGNESS, Bar No. 221943
   │ 888 West Sixth Street, 15th Floor
 3 │ Los Angeles, California 90017
   │ Telephone:    (213) 596-8000
 4 │ Facsimile:    (213) 596-8039
   │ E-mail:       rweston@wmattorneys.com
 5 │               aagness@wmattorneys.com
 6 │ Attorneys for Defendant
   │ TRAVELERS PROPERTY
 7 │ CASUALTY COMPANY OF AMERICA
 8 │
 9 │                UNITED STATES DISTRICT COURT
10 │             FOR THE SOUTHERN DISTRICT OF CALIFORNIA
11 │
12 │ RICHARD C. SMALL and LAURA L.      ) CASE NO. 08 CV 1160 H WMc
   │ SMALL,                             )
13 │                                    ) [Assigned to the Honorable Marilyn L. Huff,
   │                   Plaintiffs,      ) Courtroom 13]
14 │                                    )
   │       vs.                          ) TRAVELERS PROPERTY CASUALTY
15 │                                    ) COMPANY OF AMERICA'S
   │ TRAVELERS PROPERTY                 ) MEMORANDUM OF POINTS AND
16 │ CASUALTY COMPANY OF AMERICA,       ) AUTHORITIES IN SUPPORT OF ITS
   │ USAA INSURANCE AGENCY INC dba      ) MOTION TO STRIKE PLAINTIFFS'
17 │ USAA OF TEXAS INSURANCE AGENCY,    ) DEMAND FOR A SPECIFIC AMOUNT OF
   │ DOES 1 through 10 inclusive,       ) PUNITIVE DAMAGES
18 │                                    )
   │                   Defendants.      ) [Filed concurrently with Travelers' Notice of
19 │                                    ) Motion and Motion]
20 │                                    ) Date:  August 11, 2008
   │                                    ) Time:  10:30 a.m.
21 │                                    ) Ctrm:  13
22 │                                    )
23 │
24 │       Defendant Travelers Property Casualty Company of America hereby submits this
25 │ Memorandum of Points and Authorities in support of its Motion to Strike Plaintiffs' Demand for
26 │ a Specific Amount of Punitive Damages.
27 │ ///
28 │                                        -1-
```

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S MEMORANDUM OF
POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFFS'
DEMAND FOR A SPECIFIC AMOUNT OF PUNITIVE DAMAGES

CASE NO. 08 CV 1160 H WMc

**MEMORANDUM OF POINTS AND AUTHORITIES**

## I. INTRODUCTION.

In the Complaint filed by Plaintiffs Richard C. Small and Laura L. Small ("Plaintiffs"), Plaintiffs allege that they are "entitled to punitive and exemplary damages according to proof of in excess of $10 million dollars." [Plaintiffs' Complaint, 6:7-8.] This specific demand of over $10 million is both impertinent and scandalous matter inserted in the Complaint. Additionally, under California law, specifying the amount of punitive damages being sought is improper. Therefore, this Court should strike the following language from Plaintiffs' Complaint: "of in excess of $10 million dollars." [Plaintiffs' Complaint, 6:8.]

## II. LEGAL STANDARD.

Before responding to a pleading, a party may move to strike any "redundant, immaterial, impertinent or scandalous matter." FED. R. CIV. PROC. 12(f). "Impertinent" has been defined to include allegations that are not responsive or relevant to issues involved in the action and which could not be admitted as evidence in the action. Fantasy, Inc. v. Fogerty, 984 F.2d 1524, 1527 (9th Cir. 1993), rev'd on other grounds in Fogerty v. Fantasy, Inc., 510 U.S. 517, 534-535 (1994). "Scandalous" has been defined as allegations that cast a "cruelly" derogatory light on a party or other person. Skadegaard v. Farrell, 578 F.Supp. 1209, 1221 (D. NJ 1984); Talbot v. Robert Matthews Distributing Co., 961 F.2d 654, 665 (7th Cir. 1992).

## III. PLAINTIFFS' DEMAND FOR A SPECIFIC AMOUNT OF EXEMPLARY DAMAGES IS IMPERTINENT AND SCANDALOUS MATTER, AND IMPROPER UNDER CALIFORNIA LAW.

In the Complaint, Plaintiffs seek compensatory damages of approximately $550,000. [Plaintiffs' Complaint, ¶ 12.] Plaintiffs thereafter allege that they are entitled to punitive and exemplary damages in excess of $10 million dollars. Notwithstanding that Plaintiffs' entire request for punitive damages is without merit, a specific demand of over $10 million dollars is undoubtedly impertinent and scandalous. Moreover, this is especially excessive in light of the amount of compensatory damages being sought. *See generally Exxon Shipping Co. v. Baker*,

1  2008 U.S. LEXIS 5263 (US June 25, 2008) (finding that punitive damages must not exceed
2  compensatory damages in maritime cases); *BMW of N. Am. v. Gore*, 517 U.S. 559 (1996)
3  (finding a 500 to 1 ratio of punitive damages to compensatory damages to be unreasonable).
4      Furthermore, under California law, "[n]o claim for exemplary damages shall state an
5  amount or amounts." CAL. CIV. CODE § 3295(e). Because Plaintiffs have impermissibly
6  specified an amount of punitive damages being sought, Travelers requests that the Court strike
7  this portion of Plaintiffs' Complaint.
8  **IV.   CONCLUSION.**
9      In light of the foregoing, Defendant Travelers Property Casualty Company of America
10 respectfully requests that the Court strike the aforementioned portion of Plaintiffs' Complaint.
11
12 Dated: July 8, 2008                       WESTON & McELVAIN LLP
13
14                                         By:   /s/ Aaron C. Agness
15                                                Richard C. Weston
                                               Aaron C. Agness
16                                          Attorneys for Defendant
                                         TRAVELERS PROPERTY CASUALTY
17                                          COMPANY OF AMERICA

1

**PROOF OF SERVICE**
*Richard C. Small and Laura L. Smal v. Travelers Property Casualty Company of America*
Case No.: 08 CV 1160 H WMc

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 888 West Sixth Street, 15th Floor, Los Angeles, California 90017.

On July 8, 2008, I served the foregoing document **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO STRIKE PLAINTIFFS' DEMAND FOR A SPECIFIC AMOUNT OF PUNITIVE DAMAGES** on all parties in this action, by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

*Richard I. Wideman Esq.*
*1607 Mission Drive #202*
*Solvang, CA 93463*
*Telephone: (805) 245-8916*
*Facsimile: (805) 688-9424*
*Attorneys for Plaintiff*

[ X ]   **BY MAIL** as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE): I caused said envelope to be delivered by hand to the offices of the addressee.

[]   BY FEDEX as follows: by placing the document(s) listed above in a sealed envelope fully prepaid, in the location designated for Federal Express pickup in our office at Los Angeles, California addressed as set forth above.

[X]   (Federal)   I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.
   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 8, 2008**, at Los Angeles, California

*[signature]*
**Debra Scarano**

-1-