1 | Greg J. Ryan, State Bar No. 096071
greg@gjryan.com
2 | LAW OFFICES OF GREG J. RYAN, APLC
1010 Second Avenue, Suite 2500
3 | San Diego, CA 92101
Telephone: (619) 239-4848
4 | Facsimile: (619) 239-8858

5 | Richard I. Wideman, State Bar No. 041185
1607 Mission Drive, Suite 202
6 | Solvang, CA 93463
Telephone: (805) 245-8916
7 | Facsimile: (805) 688-9424

8 | Attorney for Plaintiffs RICHARD C. SMALL and LAURA L. SMALL

9

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. SMALL and LAURA L. SMALL, | Case No. 08 CV 01160 H (WMc) |
| Plaintiffs, | **REPRESENTATION STATEMENT** |
| v. | |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; USAA INSURANCE AGENCY, INC., dba USAA OF TEXAS INSURANCE AGENCY, | Judge:   Hon. Marilyn L. Huff |
| Defendants. | |

The parties to this action along with the names, addresses, and telephone numbers of their respective counsel, are as follows:

**PLAINTIFF:**

**RICHARD C. SMALL and LAURA L. SMALL**

/ / /

/ / /

/ / /

---

**REPRESENTATION STATEMENT**

| | |
|---|---|
| 1 | Greg J. Ryan, State Bar No. 096071 |
| | greg@gjryan.com |
| 2 | LAW OFFICES OF GREG J. RYAN, APLC |
| | 1010 Second Avenue, Suite 2500 |
| 3 | San Diego, CA  92101 |
| | Telephone: (619) 239-4848 |
| 4 | Facsimile: (619) 239-8858 |
| 5 | Richard I. Wideman, State Bar No. 041185 |
| | 1607 Mission Drive, Suite 202 |
| 6 | Solvang, CA 93463 |
| | Telephone: (805) 245-8916 |
| 7 | Facsimile: (805) 688-9424 |
| 8 | **DEFENDANTS:** |
| 9 | **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA** |
| 10 | Richard C. Weston, Esq. |
| | Weston and McElvain |
| 11 | 888 West Sixth Street, Suite 1500 |
| | Los Angeles, CA 90017 |
| 12 | Telephone: (213) 596-8000 |
| | Facsimile: (213) 596-8039 |
| 13 | |
| 14 | **USAA INSURANCE AGENCY, INC., dba USAA OF TEXAS INSURANCE AGENCY** |
| 15 | |
| 16 | |
| 17 | |
| 18 | Respectfully submitted, |
| 19 | Dated: July 21, 2008       LAW OFFICES OF GREG J. RYAN, APLC |
| | and |
| 20 | RICHARD I. WIDEMAN |
| 21 | |
| 22 | s/Greg J. Ryan |
| 23 | Greg J. Ryan |
| | Attorneys for Plaintiffs Richard C. Small & Laura L. Small |
| | E-mail: greg@gjryan.com |

**REPRESENTATION STATEMENT**

Greg J. Ryan, State Bar No. 096071
greg@gjryan.com
LAW OFFICES OF GREG J. RYAN, APLC
1010 Second Avenue, Suite 2500
San Diego, CA  92101
Telephone: (619) 239-4848
Facsimile: (619) 239-8858

Attorney for Plaintiffs RICHARD C. SMALL and LAURA L. SMALL

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. SMALL; and LAURA L. SMALL, <br><br> Plaintiff, <br><br> v. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; USAA INSURANCE AGENCY, INC., dba USAA OF TEXAS INSURANCE AGENCY, <br><br> Defendants. | Case No.  08 CV 01160 H (WMc) <br><br> **PROOF OF SERVICE** <br><br> Judge:  Hon. Marilyn L. Huff, Presiding <br><br> Complaint Filed: June 30, 2008 |

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of San Diego, State of California. My business address is 1010 Second Avenue, Suite 2500, San Diego, California 92101.

On July 21, 2008, I served true copies of the following document(s) described as Representation Statement on the interested parties in this action as follows:

Richard C. Weston, Esq. SBN 126491
Aaron C. Agness, Esq. SBN 221943
WESTON and MCELVAIN
888 West Sixth Street, Suite 1500
Los Angeles, CA 90017

Richard I. Wideman, Esq. SBN 041185 [Co-Counsel]
1607 Mission Drive, Suite 202
Solvang, CA 93463

**BY MAIL:** I enclose the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the Law Offices of Greg J. Ryan, APLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 21, 2008, at San Diego, California.

*/s/ Joselia D. Flores*
Joselia D. Flores