1  Greg J. Ryan, State Bar No. 096071
   greg@gjryan.com
2  LAW OFFICES OF GREG J. RYAN, APLC
   1010 Second Avenue, Suite 2500
3  San Diego, CA  92101
   Telephone: (619) 239-4848
4  Facsimile: (619) 239-8858

5  Richard I. Wideman, State Bar No. 041185
   1607 Mission Drive, Suite 202
6  Solvang, CA 93463
   Telephone: (805) 245-8916
7  Facsimile: (805) 688-9424

8  Attorney for Plaintiffs RICHARD C. SMALL and LAURA L. SMALL

9

10                     UNITED STATES DISTRICT COURT

11                    SOUTHERN DISTRICT OF CALIFORNIA

12

13  RICHARD C. SMALL and LAURA L.        )  Case No.  08 CV 01160 H (WMC)
    SMALL,                               )
14                                       )
                                         )
            Plaintiffs,                  )  **DEMAND FOR JURY**
15                                       )
    v.                                   )
16                                       )
    TRAVELERS PROPERTY CASUALTY          )  Judge:        Hon. Marilyn L. Huff
17  COMPANY OF AMERICA; USAA             )
    INSURANCE AGENCY, INC., dba USAA     )
18  OF TEXAS INSURANCE AGENCY,           )
                                         )
19                                       )
            Defendants.                  )
20                                       )
                                         )
21  _____)

22         Plaintiffs Richard C. Small and Laura L. Small hereby demand a jury trial in this case.

23                           Respectfully submitted,

24  Dated: July 21, 2008     LAW OFFICES OF GREG J. RYAN, APLC
                             and
25                           RICHARD I. WIDEMAN

26                           s/Greg J. Ryan
                             _____
27                           Greg J. Ryan
                             Attorneys for Plaintiffs Richard C. Small & Laura L. Small
28                           E-mail: greg@gjryan.com

---

**DEMAND FOR JURY**

```
 1  Greg J. Ryan, State Bar No. 096071
    greg@gjryan.com
 2  LAW OFFICES OF GREG J. RYAN, APLC
    1010 Second Avenue, Suite 2500
 3  San Diego, CA  92101
    Telephone: (619) 239-4848
 4  Facsimile: (619) 239-8858

 5  Attorney for Plaintiffs RICHARD C. SMALL and LAURA L. SMALL

 6
 7
 8
                    UNITED STATES DISTRICT COURT
 9
                    SOUTHERN DISTRICT OF CALIFORNIA
10
11
    RICHARD C. SMALL; and LAURA L.     )  Case No.  08 CV 01160 H (WMc)
12  SMALL,                              )
                                        )
13             Plaintiff,               )  PROOF OF SERVICE
                                        )
14  v.                                  )
                                        )
15  TRAVELERS PROPERTY CASUALTY         )  Judge:      Hon. Marilyn L. Huff,
    COMPANY OF AMERICA; USAA            )              Presiding
16  INSURANCE AGENCY, INC., dba USAA    )
    OF TEXAS INSURANCE AGENCY,          )  Complaint Filed: June 30, 2008
17                                      )
                                        )
18                                      )
               Defendants.              )
19                                      )
                                        )
20
21
22
23
24
25
26
27
28
```

**PROOF OF SERVICE**

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of San Diego, State of California. My business address is 1010 Second Avenue, Suite 2500, San Diego, California 92101.

On July 21, 2008, I served true copies of the following document(s) described as Demand for Jury on the interested parties in this action as follows:

Richard C. Weston, Esq. SBN 126491
Aaron C. Agness, Esq. SBN 221943
WESTON and MCELVAIN
888 West Sixth Street, Suite 1500
Los Angeles, CA 90017

Richard I. Wideman, Esq. SBN 041185 [Co-Counsel]
1607 Mission Drive, Suite 202
Solvang, CA 93463

**BY MAIL:** I enclose the document(s) in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with the Law Offices of Greg J. Ryan, APLC's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 21, 2008, at San Diego, California.

Joselia D. Flores