| | |
|---|---|
| 1 | WESTON & McELVAIN LLP |
| 2 | RICHARD C. WESTON, Bar No. 126491<br>AARON C. AGNESS, Bar No. 221943 |
| 3 | 888 West Sixth Street, 15th Floor<br>Los Angeles, California 90017 |
| 4 | Telephone: (213) 596-8000<br>Facsimile: (213) 596-8039 |
| 5 | E-mail: rweston@wmattorneys.com<br>aagness@wmattorneys.com |
| 6 | Attorneys for Defendant |
| 7 | TRAVELERS PROPERTY<br>CASUALTY COMPANY OF AMERICA |

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. SMALL and LAURA L. SMALL,<br><br>             Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, USAA INSURANCE AGENCY INC dba USAA OF TEXAS INSURANCE AGENCY, DOES 1 through 10 inclusive,<br><br>             Defendants. | CASE NO. 08 CV 1160 H WMc<br><br>*[Assigned to the Honorable Marilyn L. Huff, Courtroom 13]*<br><br>NOTICE OF CHANGE OF ATTORNEY INFORMATION |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Request is hereby made that Mr. Aaron C. Agness be added as counsel of record for the defendant Travelers Property Casualty Company of America ("Travelers") in the above-entitled action. Mr. Agness' contact information, including email address, is listed above. Richard C. Weston from the undersigned attorney's law firm previously appeared and is also counsel of record for Travelers in this case.

///

-1-
NOTICE OF CHANGE OF ATTORNEY INFORMATION

1  I consent to receive service of documents by electronic means in accordance
2  with Federal Rules of Civil Procedure, Rules 5(b)(2)(E) and 77(d).  Accordingly,
3  please update service lists and the CM/ECF System by adding Mr. Aaron C.
4  Agness.

6  Dated:  July 22, 2008                    WESTON & McELVAIN LLP


8                                           By:  /s/ Aaron C. Agness
9                                                Richard C. Weston
                                                 Aaron C. Agness
                                           Attorneys for Defendant
10                                         TRAVELERS PROPERTY CASUALTY
                                           COMPANY OF AMERICA

1

**PROOF OF SERVICE**

2
*Richard C. Small and Laura L. Small v. Travelers Property Casualty Company of America*
*USDC Southern District Case No.: 08 CV 1160 H WMc*

3

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

4

5      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 27520 Hawthorne Boulevard,
6  Suite 130, Rolling Hills Estates, California 90274.

7      On July 22, 2008, I served the foregoing document described as **NOTICE OF CHANGE OF ATTORNEY INFORMATION** on all parties in this action, by placing the true
8  copies thereof enclosed in sealed envelopes addressed as follows:

9
| | |
|---|---|
| *Richard I. Wideman Esq.* | *Greg J. Ryan* |
| *1607 Mission Drive #202* | *LAW OFFICES OF GREG J. RYAN, APLC* |
| *Solvang, CA 93463* | *1010 Second Avenue, Suite 2500* |
| *Telephone: (805) 245-8916* | *San Diego, CA 92101* |
| *Facsimile: (805) 688-9424* | *Telephone: (619) 239-4848* |
| *Attorneys for Plaintiff* | *Facsimile: (619) 239-8858* |
| | *greg@giryan.com* |
| | *Attorneys for Plaintiff* |

15

[X]   BY MAIL as follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Rolling Hills Estates, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   BY FEDEX as follows: by placing the document(s) listed above in a sealed envelope fully prepaid, in the location designated for Federal Express pickup in our office at Rolling Hills Estates, California addressed as set forth above.

[ ]   BY FACSIMILE as follows: I sent such document from facsimile machine (310) 541-8307 on_____ I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (310) 541-8307 which confirms said transmission and receipt.

[X]   (Federal)   I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

     I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on July 22, 2008, at Rolling Hills Estates, California

                    *Debra Durano* (signature)