# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. SMALL and LAURA L. SMALL,<br><br>                              Plaintiffs,<br><br>     vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; USAA INSURANCE AGENCY INC dba USAA OF TEXAS INSURANCE AGENCY; DOES 1 through 10 inclusive,<br><br>                              Defendants. | CASE NO. 08-CV-1160 H (WMC)<br><br>**ORDER SUBMITTING DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S DEMAND FOR A SPECIFIC AMOUNT OF PUNITIVE DAMAGES** |

Pursuant to the Court's discretion under Local Civil Rule 7.1(d)(1), the Court submits defendant Travelers Property Casualty Company of America's motion to strike Plaintiffs' demand for a specific amount of punitive damages without oral argument. (Doc. No. 5.) Accordingly, the Court vacates the hearing scheduled for August 11, 2008.

IT IS SO ORDERED.

DATED:  August 7, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT