

# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Richard C. Small and Laura L. Small | vs | Travelers Property Casualty Company of America | No. | 08-CV-1160 |
|---|---|---|---|---|
| Hon. | N/A | Deputy Clerk | N/A | Court Reporter | N/A |

It is hereby ordered that Marilyn L. Huff hereby recuses from the above entitled case and orders that the case be reassigned to another judge.

Assigned to: **NAPOLEON A. JONES JR.**

New Case #: 08 CV 1160 J WMc

**Please forward judge's court file to new assigned judge.**

Date: August 7, 2008        Deputy: T. Mason