1
2
3
4
5
6
7

8
# UNITED STATES DISTRICT COURT
9
# SOUTHERN DISTRICT OF CALIFORNIA
10

11 | RICHARD C. SMALL ET. AL., | CASE NO. 08CV1160 BTM

12 |                           Plaintiff, | ORDER DENYING MOTION TO STRIKE
        vs.
13 | TRAVELERS PROPERTY CASUALTY
     COMPANY OF AMERICA ET. AL.,
14

15 |                           Defendant.

16      Defendant Travelers Property Casualty Company of America moves to strike the

17  portion of Plaintiffs' complaint which requests punitive damages in an amount "in excess of

18  $10 million dollars"  arguing that Plaintiffs should not be permitted to state the specific

19  amount they seek in punitive damages.  The Court DENIES this motion for the following

20  reasons.

21      Under Federal Rule of Civil Procedure 12(f), the court may strike from any pleadings

22  any "redundant, immaterial, impertinent, or scandalous matter."  Motions to strike are

23  generally disfavored because they are "often used as delaying tactics, and because of the

24  limited importance of pleadings in federal practice." Buereerong v. Uvawas, 922 F.Supp.

25  1450, 1478 (C.D.Cal.1996).  Furthermore, "motions to strike should not be granted unless

26  it is clear that the matter to be stricken could have no possible bearing on the subject matter

27  of the litigation." Colaprico v. Sun Microsystems, Inc., 758 F.Supp. 1335, 1339

28  (N.D.Cal.1991).

1    As Defendant contends, California Civil Code § 3295(e) states that "[n]o claim for

2  exemplary damages shall state an amount or amounts.  However, "the Federal Rules of Civil

3  Procedure govern the punitive damages claim procedurally with respect to the adequacy of

4  pleadings. " Clark v. State Farm Mut. Auto. Ins. Co., 231 F.R.D. 405, 406-407 (2005).

5    Here, the Court finds that the specified amount of punitive damages is neither

6  redundant, immaterial, impertinent nor scandalous.  Although Defendant argues that the

7  amount of punitive damages requested is excessive in light of the amount of compensatory

8  damages required, they do not argue that Plaintiffs are not entitled to these punitive damages

9  as a matter of law.  Given the liberal policy that governs pleadings in federal court, the Court

10  declines to strike the portion of Plaintiffs' complaint which requests punitive damages of over

11  $10 million dollars.

12    Defendant's motion to strike is DENIED.

13

14

15  DATED:  September 3, 2008

16

17    Honorable Barry Ted Moskowitz
    United States District Judge

18

19

20

21

22

23

24

25

26

27

28