WESTON & McELVAIN LLP
RICHARD C. WESTON, Bar No. 126491
AARON C. AGNESS, Bar No. 221943
888 West Sixth Street, 15th Floor
Los Angeles, California 90017
Telephone:   (213) 596-8000
Facsimile:    (213) 596-8039
E-mail:        rweston@wmattorneys.com
                    aagness@wmattorneys.com

Attorneys for Defendant
TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. SMALL and LAURA L. SMALL,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, USAA INSURANCE AGENCY INC dba USAA OF TEXAS INSURANCE AGENCY, DOES 1 through 10 inclusive,<br><br>Defendants. | CASE NO. 08 CV 1160 BTM (WMc)<br><br>Hon. Barry Ted Moskowitz<br><br>**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S ANSWER TO COMPLAINT**<br><br>Complaint filed:  May 30, 2008 |

Defendant Travelers Property Casualty Company of America, on behalf of itself and no other entity, hereby answers the allegations in plaintiffs Richard C. Small and Laura L. Small's (hereinafter "Plaintiffs") Complaint as follows:

1.    In response to paragraph 1 of the Complaint, Travelers admits that it issued an insurance policy, Policy No. 715-1267Y478-TIL-07, to Richard C. Small that provides certain coverage to property located at 3210 Canonita Drive, Fallbrook, California 92028 in San Diego County, California.  Travelers admits that the amount in controversy is in excess of $25,000, exclusive of interest and

1  costs.  Travelers denies that the San Diego Superior Court has jurisdiction and is

2  the proper court as it has been removed to the United States District Court for the

3  Southern District of California, which now has jurisdiction and is the proper court.

4  Except as expressly admitted or denied herein, Travelers lacks sufficient

5  knowledge or information to form a belief as to the truth of the allegations in this

6  paragraph, and therefore denies the remaining allegations of this paragraph.

7      2.    In response to paragraph 2 of the Complaint, Travelers admits that it

8  is, and at all times relevant herein was, a Connecticut corporation that maintains

9  its principal place of business in Connecticut.  Travelers further admits that it is

10  licensed to do business and does business in California.  Except as expressly

11  admitted herein, Travelers denies.

12      3.    In response to paragraph 3 of the Complaint, based upon information

13  and belief, Travelers admits that defendant USAA Insurance Agency dba USAA

14  of Texas Insurance Agency ("USAA") is, and at all times relevant herein was, a

15  Texas corporation, and maintains its principal place of business in Texas.  Except

16  as expressly admitted herein, Travelers lacks sufficient knowledge or information

17  to form a belief as to the truth of the allegations in this paragraph, and therefore

18  denies the remaining allegations of this paragraph.

19      4.    In response to paragraph 4 of the Complaint, Travelers lacks

20  sufficient knowledge or information to form a belief as to the truth of the

21  allegations in this paragraph, and therefore denies each and every allegation of this

22  paragraph.

23      5.    In response to paragraph 5 of the Complaint, Travelers admits that it

24  issued an insurance policy, Policy No. 715-1267Y478-TIL-07, to Richard C.

25  Small that provides certain coverage to property located at 3210 Canonita Drive,

26  Fallbrook, California 92028 in San Diego County, California.  Travelers admits

27  that the policy period is June 1, 2007 to June 1, 2008.  Travelers admits that

28  defendant USAA was an agent or broker involved in the issuance of the policy.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
ANSWER TO COMPLAINT

1 | Except as expressly admitted herein, Travelers denies.

2 |       6.     In response to paragraph 6 of the Complaint, Travelers admits that

3 | Richard C. Small submitted a claim for damages resulting from a fire on or about

4 | October 22, 2007.  Except as expressly admitted herein, Travelers denies.

5 |       7.     In response to paragraph 7 of the Complaint, Travelers admits that

6 | Richard C. Small submitted a claim for damages resulting from a fire on or about

7 | October 22, 2007.  Travelers further admits that on or about December 5, 2007,

8 | Travelers sent a letter to Richard C. Small, the content of which speaks for itself.

9 | Except as expressly admitted herein, Travelers denies.

10 |       8.     In response to paragraph 8 of the Complaint, Travelers admits that on

11 | or about April 8, 2008, Plaintiffs' lawyer wrote to Travelers.  Except as expressly

12 | admitted herein, Travelers denies.

13 |       9.     In response to paragraph 9 of the Complaint, Travelers admits that it

14 | has not paid Plaintiffs for the insurance claim that is the subject of this action.

15 |       10.    In response to paragraph 10 of the Complaint, Travelers denies.

16 |       11.    In response to paragraph 11 of the Complaint, Travelers denies.

17 |       12.    In response to paragraph 12 of the Complaint, Travelers denies.

18 |       13.    In response to paragraph 13 of the Complaint, Travelers incorporates

19 | by this reference its responses to paragraphs 10 and 11, above.

20 |       14.    In response to paragraph 14 of the Complaint, Travelers denies.

21 |       15.    In response to paragraph 15 of the Complaint, Travelers denies.

22 |       16.    In response to paragraph 16 of the Complaint, Travelers denies.

23 |       17.    In response to paragraph 17 of the Complaint, Travelers denies.

24 |       18.    In response to paragraph 18 of the Complaint, Travelers incorporates

25 | by this reference its responses to paragraphs 10 and 11 and 14-16, above.

26 |       19.    In response to paragraph 19 of the Complaint, Travelers lacks

27 | sufficient knowledge or information to form a belief as to the truth of the

28 | allegations in this paragraph, and therefore denies each and every allegation in this

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
ANSWER TO COMPLAINT

1 | paragraph.

2 |     20.    In response to paragraph 20 of the Complaint, Travelers lacks

3 | sufficient knowledge or information to form a belief as to the truth of the

4 | allegations in this paragraph, and therefore denies each and every allegation in this

5 | paragraph.

6 |     21.    In response to paragraph 21 of the Complaint, Travelers lacks

7 | sufficient knowledge or information to form a belief as to the truth of the

8 | allegations in this paragraph, and therefore denies each and every allegation in this

9 | paragraph.

10 |     22.    In response to paragraph 22 of the Complaint, Travelers lacks

11 | sufficient knowledge or information to form a belief as to the truth of the

12 | allegations in this paragraph, and therefore denies each and every allegation in this

13 | paragraph.

14 |     23.    In response to paragraph 23 of the Complaint, Travelers admits that it

15 | contends that the allegedly damaged avocado trees, crops and irrigation equipment

16 | are not covered under the subject Travelers insurance policy.  Except as expressly

17 | admitted herein, Travelers lacks sufficient knowledge or information to form a

18 | belief as to the truth of the allegations in this paragraph, and therefore denies the

19 | remaining allegations of this paragraph.

20 |     24.    In response to paragraph 24 of the Complaint, Travelers lacks

21 | sufficient knowledge or information to form a belief as to the truth of the

22 | allegations in this paragraph, and therefore denies each and every allegation in this

23 | paragraph.

24 |     25.    In response to paragraph 25 of the Complaint, Travelers incorporates

25 | by this reference its responses to paragraphs 10 and 11, 14-16, and 19-23 above.

26 |     26.    In response to paragraph 26 of the Complaint, Travelers admits that

27 | Plaintiffs and Travelers dispute whether certain items are covered by the subject

28 | Travelers insurance policy.  Except as expressly admitted herein, Travelers lacks

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
ANSWER TO COMPLAINT

1  sufficient knowledge or information to form a belief as to the truth of the
2  allegations in this paragraph, and therefore denies the remaining allegations of this
3  paragraph.
4      27.    In response to paragraph 27 of the Complaint, Travelers lacks
5  sufficient knowledge or information to form a belief as to the truth of the
6  allegations in this paragraph, and therefore denies each and every allegation in this
7  paragraph.
8
9              **FIRST AFFIRMATIVE DEFENSE**
10  **(Terms, Conditions and Exclusions of Policy No. 715-1267Y478-TIL-07)**
11      28.    As a separate and affirmative defense to the Complaint and without
12  admitting that the terms, conditions and exclusions of an insurance policy must be
13  pled in an affirmative defense, Travelers alleges that coverage for the claims that
14  are the subject of this action is precluded, in whole or in part, by reason of the
15  terms, conditions, provisions, and exclusions of the subject policy, including, but
16  not limited to, the following conditions and exclusions:
17  **FARM PROPERTY – FARM DWELLINGS, APPURTENANT**
18  **STRUCTURES AND HOUSEHOLD PERSONAL PROPERTY**
19  **COVERAGE FORM (Form FP 00 12 01 98)**
20  …
21  **SECTION I – COVERAGES**
22  **COVERAGE A - DWELLINGS**
23  **A.    Coverage**
24      We will pay for direct physical loss of or damage to Covered
25      Property at the "insured location" described in the Declarations, or
26      elsewhere as expressly provided below, caused by or resulting from
27      any Covered Cause of Loss.
28      …

-5-

        **2.    Property Not Covered**

        Under Coverage **A**, Covered Property does not include:

                a.    Land (including land on which the "dwelling" is

                      located);

                b.    Water; or

                c.    Trees, shrubs, plants or lawns, except to the extent

                      provided for in the applicable Coverage Extension in

                      Section **II** of this Coverage Form.

                            …

**COVERAGE B – OTHER PRIVATE STRUCTURES**

**APPURTENANT TO DWELLING**

**A.    Coverage**

        We will pay for direct physical loss of or damage to Covered

        Property at the "insured location" described in the Declarations, or

        elsewhere as expressly provided below, caused by or resulting from

        any Covered Cause of Loss.

        …

        **2.    Property Not Covered**

        Under Coverage **B**, Covered Property does not include:

                a.    Land (including land on which the other structures are

                      located);

                b.    Water;

                c.    Structures (other than private garages) that you rent or

                      hold for rental to any person who is not a tenant of the

                      covered "dwelling" you occupy; or

                d.    Structures (other than private garages) that you use

                      principally for farming purposes.

                            …

-6-

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
ANSWER TO COMPLAINT

1    **COVERAGE C – HOUSEHOLD PERSONAL PROPERTY**

2    **A.    Coverage**

3    We will pay for direct physical loss of or damage to Covered

4    Property at the "insured location" described in the Declarations, or

5    elsewhere as expressly provided below, caused by or resulting from

6    any Covered Cause of Loss.

7    …

8    **2.    Property Not Covered**

9    Under Coverage **C**, Covered Property does not include:

10    …

11    e.    "Business property" except to the extent provided for in

12    Items **f.** and **g.** under Paragraph A.3. Special Limits Of

13    Insurance Under Coverage **C**;

14    …

15    h.    "Farm personal property", other than office fixtures,

16    furniture and office equipment;

17    i.    Any motor vehicle or motorized land conveyance, or its

18    equipment or accessories.  But Covered Property

19    includes vehicles not licensed for road use that are:

20    (1)    Used only for servicing an "insured"s" [sic]

21    "dwelling", its grounds or structures appurtenant

22    to it; or

23    (2)    Designed and used for assisting the handicapped.

24    …

25    **SECTION II – COVERAGE EXTENSION**

26    **A.    Trees, Shrubs, Plants And Lawns**

27    …

28    This Extension is additional insurance.

-7-

We will not pay for loss of or damage to trees, shrubs, pants or lawns grown for business or farming purposes.

**FARM PROPERTY – OTHER FARM PROVISIONS FORM – ADDITIONAL COVERAGES, CONDITIONS, DEFINITIONS (Form FP 00 90 01 98)**

...

B.    **Farm Property Conditions**

In additional to the Common Policy Conditions and the Conditions in the individual Coverage Forms, the following apply:

**LOSS CONDITIONS**

...

3.    **Duties In The Event Of Loss Or Damage**

a.    You must see that the following are done in the event of loss or damage to Covered Property:

...

(2)    Give us prompt notice of the loss or damage. Include a description of the property involved.

(3)    As soon as possible, give us a description of how, when and where the loss or damage occurred.

...

(5)    At our request, give us complete inventories of the damaged property.  Include quantities, costs, values and amount of loss claimed.

(6)    As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

...

-8-

1        (7)    Send us a signed, sworn proof of loss containing

2                the information we request to investigate the

3                claim.  You must do this within 60 days after our

4                request.  We will supply you with the necessary

5                forms.

6        (8)    Cooperate with us in the investigation or

7                settlement of the claim.

8                …

9     **5.**    **Legal Action Against Us**

10    No one may bring a legal action against us under a Coverage

11    Form to which this Condition applies, unless:

12    a.    There has been full compliance with all of the terms of

13        this Coverage Form; and

14    b.    The action is brought within 2 years after the date on

15        which the direct physical loss or damage occurred.

16

17                      **SECOND AFFIRMATIVE DEFENSE**

18                         **(Comparative Fault)**

19    29.    As to the Complaint and each cause of action therein, Travelers

20  alleges that the injury or damage, if any, sustained by Plaintiffs were caused or

21  contributed to by the acts, errors or omissions of Plaintiffs and/or other

22  individuals or entities, and Plaintiffs' recovery, if any, against Travelers, must be

23  eliminated or reduced accordingly.

24

25                      **THIRD AFFIRMATIVE DEFENSE**

26                          **(Failure to Mitigate)**

27    30.    As to the Complaint and each cause of action therein, Travelers

28  alleges that Plaintiffs have failed to mitigate or avoid the alleged damages, if any.

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
ANSWER TO COMPLAINT

## FOURTH AFFIRMATIVE DEFENSE
### (Apportionment)

31.    Travelers alleges that its obligations in this action, if any, must be apportioned among all of the responsible persons, including without limitation, Plaintiffs, any other parties to this action, and any other insurance carrier.

## FIFTH AFFIRMATIVE DEFENSE
### (Offset for Payments of Others)

32.    Without admitting that the subject matter of this paragraph must be pled as an affirmative defense, Travelers alleges that Plaintiffs may not recover from Travelers any amounts for which payments have been made to or are collected by Plaintiffs from third parties to this litigation, either directly or as a result of assignments, including, but not limited to, any other insurance carrier, and Plaintiffs' recovery, if any, against Travelers must be reduced by the payments that have been made by such third parties.

## SIXTH AFFIRMATIVE DEFENSE
### (Waiver)

33.    The Complaint and each cause of action therein are barred by Plaintiffs' waiver of any claim related to the subject matter of the Complaint.

**WHEREFORE,** this answering defendant prays for judgment as follows:

1.    That Plaintiffs take nothing by reason of their Complaint;

2.    That Defendant Travelers Property Casualty Company of America be awarded costs of suit incurred herein; and

///

///

///

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
ANSWER TO COMPLAINT

1        3.    For such other and further relief as the Court deems just and proper.

2

3    Dated:  September 4, 2008        WESTON & McELVAIN LLP

4

5                            By:   /s/ Aaron C. Agness

6                                    Richard C. Weston
                                Aaron C. Agness

7                            Attorneys for Defendant
                        TRAVELERS PROPERTY CASUALTY

8                            COMPANY OF AMERICA

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S
ANSWER TO COMPLAINT